UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LESLIE J. LEVINE, *solely in his capacity as trustee of the Marvin H. Schein Descendants' Trust*,

        Plaintiff,

-v-

MICHAEL D. BROWN,

        Defendant.

---

15-CV-1738 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

As stated on the record at the conference held on December 19, 2019, Plaintiff shall post a bond in the amount of $10,000.00 by **December 27, 2019**, as security in connection with the Temporary Restraining Order at ECF No. 24.

SO ORDERED.

Dated: December 20, 2019
      New York, New York

                                            JESSE M. FURMAN
                                            United States District Judge