# ARIEL BERSCHADSKY
## ATTORNEY AT LAW

Tel: (212) 372-3322  30 Wall Street, 8ᵀᴴ Floor  AB@BERSCHADSKY.COM
New York, NY 10005  WWW.BERSCHADSKY.COM

December 27, 2019

–VIA ECF–

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:  *Leslie J. Levine, solely in his capacity as trustee of The Marvin H. Schein Descendants' Trust v. Michael D. Brown* (1:15-cv-1738-JMF)

Dear Judge Furman:

I represent Judgment Creditor Marvin H. Schein Descendants' LLC in the above referenced matter. Pursuant to Section 1 of your Honor's Order dated December 20, 2019 in the above-referenced matter, the parties have met-and-conferred regarding the joint letter Your Honor directed the parties to file describing the parties' respective proposals for the scope and timing of expedited discovery.

Your Honor graciously granted the parties an extension until close of business on December 27, 2019 to reach an agreed schedule. As it turns out, just this afternoon the parties have reached a tentative resolution of the Judgment Creditor's application for a turnover order, and are presently hashing out the details. Such a resolution may entirely obviate the need for the evidentiary hearing currently scheduled for January 31, 2020.

We therefore respectfully request another extension of today's deadline, in anticipation of submitting a proposed resolution of the dispute to the Court early next week.

We thank Your Honor for your consideration.

Respectfully submitted,

*[signature: Ariel Berschadsky]*

Ariel Berschadsky
Law Office of Ariel Berschadsky
*Attorney for Judgment Creditor*
*Marvin H. Schein Descendants' LLC*

Cc: Anne Salisbury, Esq.
Guzov, LLC
*Attorneys for Judgment Debtor Michael D. Brown
and Non-Party Back Bay Consulting Corporation*

Application GRANTED. The deadline is extended, nunc pro tunc, to January 3, 2020. The Clerk of Court is directed to terminate ECF No. 42. SO ORDERED.

*[signature]*

December 29, 2019