UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESLIE J. LEVINE, solely in his capacity as trustee of
THE MARVIN H. SCHEIN DESCENDANTS' TRUST,

                       Plaintiff,

       – against –

MICHAEL D. BROWN,

                       Defendant.

Case #15-cv-1738 (JMF)

(PROPOSED) ORDER GRANTING MOTION FOR TURNOVER

      The Motion for Turnover to Judgment Creditor Marvin H. Schein Descendants' LLC of all funds in the name of Back Bay Consulting Corporation either currently being held by or coming into the possession of third-party Wells Fargo Bank, N.A., having been duly filed and served upon Back Bay Consulting Corporation, Michael D. Brown, and all interested parties, and the Court having reviewed and considered the Motion and any responses filed by Back Bay Consulting Corporation, Michael D. Brown, and any other interested party, and the Court finding good cause for the relief sought,

      **IT IS ORDERED** that the Motion is granted; and

      **IT IS FURTHER ORDERED** that all funds currently held by or coming into the possession of Wells Fargo Bank, N.A. on behalf of, for the benefit of, or payable to Back Bay Consulting Corporation, including but not limited to any funds held in Accounts #******0720 and ******1929, shall be turned over and paid forthwith to "Ariel Berschadsky, Esq. as attorney for Marvin H. Schein Descendants' LLC" up to the amount of the judgment in the above-captioned action, as may be amended from time to time;

1

Dated: February 4, 2020

ENTER:

_____
UNITED STATES DISTRICT JUDGE
Hon. Jesse M. Furman

Copies to:

Michael Derek Brown
657 Ridgestone Rim Court
Henderson, NV 89012

Back Bay Consulting Corporation
5233 E. El Campo Grande Avenue
Las Vegas, NV 89115

Wells Fargo Bank, N.A.
Attn: Legal Order Processing
1156 Sixth Avenue
New York, NY 10036